AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| ANDREW GISSENDANER, individually and on behalf of others similarly situated,<br>*Plaintiff*<br>v.<br>CREDIT CORP SOLUTIONS, INC.<br>d/b/a Tasman Credit,<br>*Defendant* | )<br>)<br>)  Civil Action No.  18-CV-6313 EAW<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Defendant's motion to dismiss is granted and Defendant's and Plaintiffs respective requests for sanctions are denied. The Clerk of Court is directed to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Elizabeth A. Wolford   on a motion for dismissal in favor of the Defendant.

Date:   02/14/2019

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*